## EL PUEBLO *v.* COLÓN.

APELACIÓN procedente de la Corte de Distrito de Guayama.

No. 60.—Resuelto en Febrero 8, 1907.

APELACIÓN — PLIEGO DE EXCEPCIONES — RELACIÓN DE HECHOS — ERRORES MANIFIESTOS.—No existiendo pliego de excepciones, ni relación de hechos, y no apareciendo que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por el acusado contra sentencia de la Corte de Distrito de Guayama, que por el delito de acometimiento y agresión, con circunstancias agravantes, le condenó en veinte y seis de septiembre del años próximo pasado, á seis meses de cárel y al pago de las costas.

No existe en el récord pliego de excepciones, ni exposición de hechos, y tampoco se ha hecho ante esta Corte Suprema alegación alguna en apoyo del recurso.

No encontramos defecto alguno sustancial que pueda servir de fundamento á la revocación del fallo apelado, y en su consecuencia, procede su confirmación con las costas á cargo del apelante Tomás Colón.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary, y Wolf.